AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 0 8 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Harold S. Hale | ) Case No: 4:05CR40005-001 |
|  | ) USM No: 02678-078 |
| Date of Previous Judgment: September 30, 2005 | ) Paul D. Hoover |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
    **X DENIED.**     GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     **34**            Amended Offense Level:      _____
Criminal History Category:  **VI**            Criminal History Category:   _____
Previous Guideline Range:   **262** to **327** months    Amended Guideline Range:   _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
    The reduced sentence is within the amended guideline range.
    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant is Career Offender (§ 4B1.1)

Except as provided above, all provisions of the judgment dated  **09/30/05**  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/8/08

Effective Date: _____
(if different from order date)

Judge's signature

Hon. Harry F. Barnes, U.S. District Judge
Printed name and title