Case 4:05-cr-40005-SOH   Document 53   Filed 03/08/12   Page 1 of 1 PageID #: 102

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Harold S. Hale | )<br>)  Case No:  4:05CR40005-001<br>)<br>)  USM No:  02678-078 |
| Date of Original Judgment:  September 30, 2005<br>Date of Previous Amended<br>Judgment:  June 17, 2008<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  John F. Stroud, III<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  X  **DENIED.**     **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 0 8 2012
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

Except as otherwise provided, all provisions of the judgment dated   June 17, 2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 7, 2012

_____
*Judge's signature*

Effective Date: _____
  *(if different from order date)*

Harry F. Barnes  U.S. Dist Judge
Senior
*Printed name and title*