# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>HAROLD S. HALE | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  4:05CR40005-001<br>USM No.  02678-078<br><br>Jeffrey S. Harrelson<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Standard Conditions listed below.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Standard Condition 2: Shall report to the probation officer in a manner and frequency directed by the court or probation officer | January 9, 2018 |
| Three | Standard Condition 6: Shall notify the probation officer at least 10 days prior to any change in residence. | December 15, 2017 |
| Four | Standard Condition 7: Shall not use any controlled substances. | September 25, 2017 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  4746 | October 4, 2018<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1968 | |
| | /s/ Susan O. Hickey<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Texarkana, Texas | |
| | Honorable Susan O. Hickey, U.S. District Judge<br>Name and Title of Judge |
| | October 5, 2018<br>Date |

DEFENDANT: HAROLD S. HALE
CASE NUMBER: 4:05CR40005-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Fourteen (14) months, with credit for time served in federal custody; no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
Confinement at FCI El Reno. The defendant be a candidate for any drug treatment program he may qualify for and wishes to participate in while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL